declared abandoned because the term fixed by the citation expired without the appellant having made his appearance. *Mr. Bosch,* for appellant. *Mr. López Landrón,* for respondent.

---

No. 45. ORDÓÑEZ *v.* BOLÍVAR.—Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided December 22, 1900. Appeal was withdrawn on request of the appellant. *Mr. Hernández López,* for appellant. *Mr. Díaz Navarro,* for respondent.

---

No. 1. BELLO *v.* DOITTAN.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided September 28, 1900. Withdrawn by request of appellant. *Mr. Díaz Navarro,* for appellant. *Mr. Palacios Rodríguez,* for respondent.

---

No. 63. SUCCESSION OF MESTRE *v.* BELLVÉ.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided October 18, 1900. The appeal was declared abandoned on account of the failure of the appellant to appear. *Mr. Díaz Navarro,* for respondent.

---

No, 51. APARICIO *v.* CASALDUC ET AL.—Appeal in cassation from a judgment rendered by the Court of First Instance of Utuado. Decided November 14, 1900. The appeal was declared abandoned by reason of the failure of the appellant to appear. *Mr. Palacios Rodríguez,* for respondent.

---

No. 64. PERICHI Y ORTIZ *v.* MORAZANI.—Appeal in cassation from a judgment rendered by the District Court of

Enero 4, 1901.   Desistido á instancia de la parte recurrente. Abogado del recurrente : *Sr. Hernández Lopez.*   Abogado del recurrido : *Sr. Diaz Navarro.* '

No. 2.   Arévalo Et Al *v.* Olivieri.—Casación procedente de la Corte de Distrito de Ponce.   Resuelto en Febrero 2, 1901.   Se declaró desierto el recurso por no haber comparecido la parte recurrente.   Abogado de los recurridos : *Sr. Bosch.*

No. 27.   Bolívar *v.* Sucesión Vila.—Casación procedente de la Corte de Distrito de San Juan.   Resuelto en Febrero 26, 1901.   Desistido á instancia de la parte recurrente.   Abogado del recurrente : *Sr. Diaz Navarro.* Abogado del recurrido : *Sr. Tous Soto, (José.)*

No. 11.   Bartolomey *v.* Olivari Et Al.—Casación procedente de la Corte de Distrito de Ponce.   Resuelto en Abril 10, 1901.   Desistido á instancia de la parte recurrente. Abogado del recurrente : *Sr. Diaz Navarro.*   Abogado del recurrido : *Sr. Guzmán Benitez (José.)*

No. 72.   Blanes *v.* Herencia.—Casación prcoedente de la Corte de Distrito de Mayagüez.   Resuelto en Abril 19, 1901.   Desistido á instancia de la parte recurrente.   Abogado del recurrente : *Sr. Diaz Navarro.*

No. 13.   Martinez *v.* Schulze y Ca.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Abril 19, 1901.   Desistido á instancia de la parte recurrente. Abogado del recurrente : *Sr. Diaz Navarro.*   Abogado del recurrido : *Sr. Hidalgo.*

Mayagüez. Decided January 4, 1901. Withdrawn by request of the appellant. *Mr. Hernández López*, for appellant. *Mr. Díaz Navarro*, for respondent.

No. 2. ARÉVALO ET AL *v.* OLIVIERI.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided February 2, 1901. The appeal was declared abandoned by reason of the failure of the appellant to appear. *Mr. Bosch*, for respondent.

No. 27. BOLÍVAR *v.* SUCCESSION OF VILA.—Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided February 26, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant. *Mr. José Tous Soto*, for respondent.

No. 11. BARTOLOMEY *v.* OLIVARI ET AL.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided April 10, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant. *Mr. José Guzmán Benítez*, for respondent.

No. 72. BLANES *v.* HERENCIA.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided April 19, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant.

No. 13. MARTÍNEZ *v.* SCHULZE & Co.—Appeal in cassation from the District Court of Mayagüez. Decided April 19, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant. *Mr. Hidalgo*, for respondent.